IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | 1:14-cv-170 |
| ROBERT EUGENE MARSHALL and THOMASINA PARKS, | * * * | |
| Defendants. | * * | |

**O R D E R**

On August 26, 2015, Plaintiff State Farm Mutual Automobile Insurance Company filed a motion for summary judgment in the above-captioned case. The motion's certificate of service indicates that Plaintiff mailed the motion to Defendant Robert Eugene Marshall at his home. To date, Defendant Marshall has failed to respond to the motion. After reviewing the record, the Court finds that Defendant was not served with the required notice under Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985).

Accordingly, the Court **DIRECTS** the Clerk of Court to mail this Order and a Griffith notice to the following address:

Robert Eugene Marshall
3506 Dayton Street
Hepzibah, Georgia 30815

Additionally, the Court **ORDERS** Defendant Robert Eugene Marshall to **FILE NOTICE** with the Court by **5:00 P.M. MONDAY, MARCH 28, 2016** addressing whether he intends to respond to Plaintiff's motion for

summary judgment. Failure to give notice by the deadline may result in the Court entering judgment against Defendant Marshall. Should Defendant Marshall choose to respond, he shall have until **5:00 P.M. MONDAY, APRIL 11, 2016** to file his brief.

**ORDER ENTERED** at Augusta, Georgia, this 17th day of March, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA